IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NANCY HARLOW | ) | |
| | ) | |
| V. | ) | **3:07-CV-1578-D** |
| | ) | **(3:06-CR-011-D)** |
| UNITED STATES OF AMERICA | ) | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the magistrate judge, and movant's objections (denominated "reply") filed April 17, 2008, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

April 22, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE